HIDEKI SATO et al., Appellants, v IPPUDO NY et al., Respondents.

Submitted October 28, 2013; decided January 9, 2014

▬▬▬▬▬

Motion for reargument denied with $100 costs and necessary reproduction disbursements [see 21 NY3d 1059 (2013)].

▬▬▬▬▬

In the Matter of STATE OF NEW YORK, Respondent, v MICHAEL M., Appellant.

Submitted November 18, 2013; decided January 9, 2014

▬▬▬▬▬

Motion for leave to appeal granted. Motion for poor person relief granted.

▬▬▬▬▬

In the Matter of VICTOR K. THOMAS, Appellant, v DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION et al., Respondents.

Decided January 9, 2014

▬▬▬▬▬

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that no substantial constitutional question is directly involved.